# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01483-LTB

In re:
JEFFREY SHAWN REGAN and
KERRIE MARIE REGAN,
        Debtors.

FOWLER & PETH, INC.,
        Plaintiff/Appellee,

v.

JEFFREY SHAWN REGAN and
KERRIE MARIE REGAN,
        Defendants/Appellants.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     The Unopposed Motion to Withdraw (Doc 42 - filed April 10, 2007) is DENIED
WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 83.3(D).




Dated:  April 11, 2007
_____