**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01483-LTB

In re:
JEFFREY SHAWN REGAN and
KERRIE MARIE REGAN,
          Debtors.

FOWLER & PETH, INC.,
          Plaintiff/Appellee,

v.

JEFFREY SHAWN REGAN and
KERRIE MARIE REGAN,
          Defendants/Appellants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        The Unopposed Motion to Withdraw (Doc 44 - filed April 19, 2007) is GRANTED. Harvey L. Kramer is allowed to withdraw as counsel for Plaintiff/Appellee Fowler & Peth, Inc. herein.  Plaintiff/Appellee will continue to be represented by Brian J. Berardini of Brown, Berardini & Dunning, PC.




Dated:  April 20, 2007

_____